ALEXANDER WILLIAMS JR 23-B-
SING SING CORRECTIONAL FAC
354 HUNTER STREET
OSSINING NEW YORK 10562

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 25.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 22, 2024

Re: **WILLIAMS V. STATE**
   24-cv-4285 (PMH)

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK NEW YORK 10007

**DEAR CLERK OF THE COURT:**

I am writing in regards to the case listed above, and requesting a motion to compel the defendants listed to accept waiver of service to the complaint and that the New York State Attorney General Office be served in absence of the defendants receiving copies of the Complaint.

On July 29, 2024, District Judge PHILIP M. HALPERN issued an "Order of Service" in this mater. As of to date it appears that the defendants have not been served and neither the Plaintiff nor the court records indicates any legitimate reason as to why.

To this instinct the plaintiffs under the believe that the defendants are purposely avoiding service of said complaint and ask that the defendants be given notice that matter will proceed if they do not accept service.

The plaintiff now request from the court documentation and information displaying the exact amount of time the U.S. Marshal Service has attempted to served the defendants and/or sent notification to NYS Department of Corrections and Community Service regarding the waiver of service upon the defendants in this matter.

Furthermore it is paramount to the plaintiff's prosecution of the complaint that he be notified if the issue of service is due to conduct of the defendants and identify each defendant and their conduct that has affected the service of this complaint, because such conduct may become crucial to the prosecution of the complaint.

I look forward to hearing back from your office in response to this correspondence. Thank you for your time and attention to this matter.

Respectfully Submitted

ALEXANDER WILLIAMS JR 23-B-3963
SING SING CORRECTIONAL FAC.
354 HUNTER STREET
OSSINING NEW YORK 10562

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK 10562

NAME: Alexander Williams     DIN: 23B3963

WESTCHESTER NY 105
18 NOV 2024 PM 1 L

11/18/2024
US POSTAGE $000.69

ZIP 10562
041M11470503

LEGAL MAIL
USM 4P ONLY

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

10007-131699