```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ALEXANDER WILLIAMS JR
                PLAINTIFF[S]                    MOTION BY PLAINTIFF FOR
                                                SUMMARY JUDGMENT

        - AGAINST -                             FED. R. CIV. P. 56[A]

NEW YORK STATE ET AL.                           24-CV-4285(PMH)
                DEFENDANT[S]
---------------------------------------X
```

Plaintiff to Fed. R. Civ. P. 56, Plaintiff **ALEXANDER WILLIAMS JR**, moves the Court to enter Summary Judgment for the Plaintiff on the ground that there is no genuine dispute as to any material fact, and the Plaintiff is entitled to judgment as a matter of law.

In support of this Motion, Plaintiff refers to the record in this action, including the initial complaint, the Answer to it, the Defendant's motion to dismiss and the affidavits of **JESSEMAR TAYLOR, N. BOYD,** and **WESLEY WOODS** and the plaintiff.

DATED: SEPTEMBER 15, 2025
       WALLKILL, NEW YORK 12589

RESPECTFULLY SUBMITTED

ALEXANDER WILLIAMS JR
SHAWANGUNK CORR. FAC.
200 QUICK ROAD
WALLKILL, NEW YORK 12589

---

Motion for summary judgment denied without prejudice as premature, and for failure to comply with the Court's rules, the Local Civil Rules, and the Federal Rules of Civil Procedure. The initial conference will proceed as scheduled on October 14, 2025. The parties are reminded to complete and submit a proposed Civil Case Discovery Plan and Scheduling Order by October 7, 2025.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       September 22, 2025



RECEIVED SEP 19 2025 PRO SE OFFICE