UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Alexander Williams Jr,                                        :
                                                             :        24-CV-4285 (PMH)
                              Plaintiff,                      :
                                                             :        **ORDER AUTHORIZING THE**
        - against -                                          :        **DEPOSITION OF**
                                                             :        **INCARCERATED INDIVIDUAL**
New York State, et al.,                                      :
                                                             :
                              Defendants.                     :
------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of Plaintiff Alexander Williams Jr, DIN 23-B-3963, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located. Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated:  December 18, 2025
        White Plains, New York

                                            SO ORDERED.

                                            _____
                                            HON. PHILIP M. HALPERN
                                            United States District Judge